## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Crim. No. 08-90** |
| | ) | |
| **TODD SEWELL** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Defendant Todd Sewell has filed a *pro se* motion under 18 U.S.C. § 3582(c) seeking a

reduction of sentence.  ECF No. 101.  Mr. Sewell was sentenced as a career offender pursuant to

U.S.S.G. § 4B1.1.  Amendment 782 does not provide a two-level reduction for defendants whose

base offense levels were established pursuant to the career offender guidelines range under §

4B1.1, rather than § 2D1.1.  Accordingly, we will deny Mr. Sewell's motion.


AND NOW, to-wit, this  28th  day of June 2016, it is hereby ORDERED, ADJUDGED

and DECREED that Defendant's Motion to Reduce Sentence (ECF No.101) be and hereby is

DENIED.



*s/Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge


cc:    Todd Sewell, Inmate No. 09917-068
       FCI Ashland Low
       UNIT D
       PO Box 6001
       Ashland, KY 41105